FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

2007 JAN 30  PM 4: 19

CLERK_____
SO. DIST. OF GA.

CLARENCE REDMOND LOGUE, Jr.,       )
                                   )
              Plaintiff,            )
                                   )
v.                                 )        Case No. CV406-283
                                   )
PRISON HEALTH SERVICES, et al.,    )
                                   )
              Defendants.          )


## REPORT AND RECOMMENDATION

Plaintiff filed the above action pursuant to 42 U.S.C. § 1983 on December 4, 2006. Doc. 1. Plaintiff also submitted a motion to proceed *in forma pauperis*. Doc. 2. Although plaintiff's complaint states that he is incarcerated in the Chatham County Detention Center, he provided the Court with an address on Gohler Avenue in Savannah as his current address. The Court ordered plaintiff to clarify whether he was incarcerated and supply his current address within ten days of an Order dated December 13, 2006. Doc. 3. That Order was returned to the Court as undeliverable, and plaintiff has had no contact with the Court since he filed his complaint and motion to proceed IFP.

Plaintiff's neglect in prosecuting his case, failure to comply with the Court's Order, and failure to provide the Court with a current address clearly demonstrate that plaintiff has lost interest in his case. Accordingly, plaintiff's complaint should be DISMISSED for want of prosecution. See Fed. R. Civ. P. 41(b); Local Rule 41.1(c).

**SO REPORTED AND RECOMMENDED this** <u>30Th</u> **day of January, 2007.**

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2